IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RAYMOND REGISTE,

     Appellant,

     Case No.  5D20-2084
     LT Case No. 2012-CA-9990

v.

21ST CENTURY INSURANCE AND
FINANCIAL SERVICES D/B/A 21ST
CENTURY INSURANCE
COMPANY, A FOREIGN
CORPORATION,
     Appellee.
_____/

Decision filed August 9, 2022

Appeal from the Circuit Court
for Orange County,
Chad K. Alvaro, Judge.

Desiree Ellison Bannasch, of
Desiree E. Bannasch, P.A.,
Orlando, for Appellant.

Philip Glatzer, of Marlow Adler
Abrams Newman & Lewis,
Coral Gables, for Appellee.


PER CURIAM.

     AFFIRMED.

TRAVER, NARDELLA and WOZNIAK, JJ., concur.